654

JAMES KORSTEN v. HALPERT, OBERST AND
COMPANY, ETC., ET AL.

December 19, 1988.

Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF
D.C., M.C., AND M.C.

December 19, 1988.

Petitions for certification denied.

METROPOLITAN LIFE INSURANCE COMPANY v. DIRECTOR,
DIVISION OF TAXATION.

December 19, 1988.

Petition for certification denied.

HANOVER INSURANCE COMPANY v. BLUME, VAZQUEZ,
GOLDFADEN, BERKOWITZ, OLIVERAS & DONNELLY.

HENRYLK CEGIELNIK v. JOSE A. SOTO V. HANOVER
INSURANCE COMPANY.

December 19, 1988.

Petition for certification denied.